UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*U.S. DISTRICT COURT FILED OCT 04 2017 S.D. OF N.Y.*

UNITED STATES OF AMERICA
    Plaintiff,
vs.

Case No: 17-MAG-7119
Hon:
United States Magistrate Judge
Southern District of New York

LAMONT EVANS,
EMANUEL RICHARDSON
  a/k/a "Book,"
ANTHONY BLAND,
  a/k/a "Tony,"
CHRISTIAN DAWKINS and
MUNISH SOOD,
    Defendants.

**APPEARANCE OF COUNSEL**

---

    **NOW COMES** Attorney Steven A. Haney of the Haney Law Group, PLLC and files his Appearance as attorney of record on behalf of the Defendant, CHRISTIAN DAWKINS, as Retained Counsel.

/s/ Steven A. Haney
Steven A. Haney (P63947)
Attorney for Defendant, Dawkins
3000 Town Center, Ste. 2570
Southfield, Michigan 48075
T: (248) 414-1470
F: (248) 414-1471
steve@haneygroup.net

Dated: October 5, 2017

# UNITED STATES DISTRICT COURT
## Middle District of Florida
Office of the Clerk
United States Courthouse
Tampa, Florida 33602

Elizabeth M. Warren, Clerk  
(813) 301-5412

LeKeeshia Jones  
Tampa Division Manager  
(813) 301-5470

**CLERK, U.S. DISTRICT COURT**
**Southern District of New York**
**500 Pearl St., Room 120**
**New York, N.Y. 10007-1312**

                RE:    United States of America v. Anthony Bland  
                      Our Case No. 8:17-MJ-1689-T-MAP  
                      Your Case No. 17-MAG-7119

Dear Clerk:

      Enclosed herewith are the following documents in the above styled cause which has been transferred to your jurisdiction pursuant to Rule 5.

(X)        Original Magistrate Judge case documents

( )         Certified file (pertinent papers only)

(X)        Bond paperwork consisting of appearance bond.

      Should you have any questions, please do not hesitate to contact me at (813) 301-5895

      Thank you.

                                              Very truly yours,

                                              SHERYL L. LOESCH, CLERK

                                        BY: *E. Calderon*

**Enclosures**.                                      E. Calderon, Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:17-mj-1689-T-MAP

ANTHONY BLAND
_____/

### ORDER OF RELEASE

It is hereby ORDERED:

1. That the conditions of release are established as set forth below.

2. That upon the Defendant's agreement, in writing, to comply with the following conditions of release, the United States Marshals Service is directed to release the above-named Defendant.

DONE AND ORDERED at Tampa, Florida, on September 26, 2017.

_____
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

### CONDITIONS OF RELEASE
### FOR DEFENDANT,

1. You must appear before the Court in accordance with all notices.

2. You are to notify Pretrial Services and the Clerk of the Court in the Southern District of New York of any changes of your address.

3. You shall not commit a federal, state, or local crime during the period of your release. You shall inform the Pretrial Service Office **immediately** if arrested or otherwise charged with any offense. You are specifically advised that federal law prohibits conduct relating to intimidation of witnesses, jurors, and officers of the court (18 U.S.C. § 1503);

1

conduct relating to obstruction of criminal investigations (18 U.S.C. § 1510); conduct involving tampering with witnesses, victims, or informants (18 U.S.C. § 1512); and conduct involving retaliation against a witness, victim, or informant (18 U.S.C. § 1513), as well as attempts to commit any of the foregoing crimes.

## 4. SPECIAL CONDITIONS OF YOUR RELEASE (Only those applicable to you are checked.)

Report on a regular basis to Pretrial Services as directed by that agency.

Travel is enlarged to the Central District of California and the State of New York.

Defendant is directed to appear:
October 10, 2017 at 9:00 a.m.
U.S. District Court, Southern District of New York
U.S. Pretrial Services
500 Pearl St., 5th Floor
New York, N.Y. 10007

5. **A violation of any of the above conditions may result in the immediate issuance of a warrant for your arrest and may result in a forfeiture of the bond previously given. Further, upon re-arrest, you may be detained in jail without the setting of new conditions of release or, if new conditions of release are established, those conditions will, in all likelihood, be significantly greater than the conditions previously established. Moreover, if you violate your conditions of release you may be prosecuted for contempt of Court.**

6. **CONSEQUENCES OF FAILURE TO APPEAR AND/OR FAILURE TO SURRENDER FOR SERVICE OF SENTENCE:** A defendant commits a separate offense against the laws of the United States if, after having been released under these conditions, he or she knowingly fails to appear before a Court as required by the conditions of release, or knowingly fails to surrender for service of a sentence pursuant to a court order. If a person fails to appear in connection with --

    (a)    an offense punishable by death, life imprisonment or imprisonment for a term of 15 years or more, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than 10 years, or both;

    (b)    an offense punishable by imprisonment for a term of five or more years, but less than 15 years, the penalties for failure to appear are a fine of not more than $250,000, or

2

      District Court for the Middle District of Florida, Tampa Division, is: (813) 301-5423 and 801 North Florida Avenue, 2ND Floor, United States Courthouse, Tampa, Florida 33602.

3. The telephone number of the United States Marshals Office for the Middle District of Florida, Tampa Division, is: (813) 483-4200.

4. The telephone number and mailing address of the United States Attorney's Office for the Middle District of Florida, Tampa Division, are: (813) 274-6000; 400 North Tampa Street, Tampa, Florida 33602.

5. The commercial telephone number of the United States Pretrial Services Agency, is (813) 225-7648, and the toll-free number is (800) 782-2893.

6. NOTICE TO COUNSEL AND DEFENDANT: In cases assigned to United States Magistrate Judge Mark A. Pizzo, any requests to travel outside the area set forth in this document must be submitted **at least three (3) days prior to the date upon which travel is expected to begin.** Failure to comply with this requirement will result in automatic denial of the request unless a showing is made that an actual emergency situation exists, such as serious illness in the family.

imprisonment for not more than five years, or both;

(c) any other felony, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than two years, or both; or

(d) a misdemeanor, the penalties for failure to appear are a $100,000 fine (if the offense occurred after November 1, 1987), or a $25,000 fine (if the offense occurred before November 1, 1987), or imprisonment for not more than one year, or both.

Because of the charge(s) lodged against you at the present time, the penalties that would apply to you for failure to appear are those found in subparagraph ( ). Any term of imprisonment for failure to appear is required by law to be *consecutive* to the sentence of imprisonment for any other offense. Furthermore, federal law provides that if you commit an offense while you are released under these conditions of release, you would be sentenced, in addition to the sentence prescribed for the offense, to a term of imprisonment of not more than 10 years if the offense is a felony; or a term of not more than one year if the offense is a misdemeanor.

## ACKNOWLEDGMENT

I acknowledge that I have read the above or that the above has been read to me, that I fully understand the conditions of my admission to bail and the possible penalties for the violation of any of those conditions, and I agree to comply with the conditions of my release. I further acknowledge that I have been given a copy of this instrument as well as a copy of the bail bond to which it is attached.

Anthony Bland
DEFENDANT                                    WITNESS

Dated: September 26, 2017

## IMPORTANT INFORMATION

1. The Middle District of Florida consists of the following Florida counties: Baker, Bradford, Brevard, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Flagler, Glades, Hamilton, Hardee, Hendry, Hernando, Hillsborough, Lake, Lee, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwance, Union, and Volusia.

2. The telephone number and mailing address for the Clerk of the United States

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

RECEIVED
U.S. MARSHAL

17 SEP 26 PM 4:45

UNITED STATES OF AMERICA

v.  Case No.8:17-mj-1689-T-MAP

ANTHONY BLAND
_____/

**APPEARANCE BOND**

(PERSONAL SURETY) : I, the undersigned acknowledge that I am bound to pay to the United States of America the sum of **$100,000.00**.

The conditions of this bond are that the Defendant, **Anthony Bland**, appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the Defendant's appearance in this case, including appearance for violation of a condition of Defendant's release as may be ordered or notified by this court or any other United States District Court to which the Defendant may be held to answer of the cause transferred. The Defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the Defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the Defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on September 26, 2017, at Tampa, Florida.

Defendant: **ANTHONY Bland**

Address: 1412 W. 187th Place, Gardenia, CA 90248
Telephone (323) 450-5466

Signed and acknowledged before me on September 26, 2017.

_____
Deputy U.S. Marshal

Approved: _____
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

FILED 2017 SEP 28 AM 9:30 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO: 8:17-mj-1689-T-MAP
Southern District N.Y. Case: 17-MAG-7119

ANTHONY BLAND

_____/

## ORDER OF REMOVAL

The Defendant, Anthony Bland, appeared before me as a result of his arrest on a warrant issued in the Southern District of New York. Having determined the Defendant is the person named in the warrant and having released the Defendant on bail, it is hereby

ORDERED:

1. This matter is transferred to the United States Southern District of New York, and the Defendant directed to appear in that Court as that Court requires:

> October 10, 2017 at 9:00 a.m.
> U.S. District Court, Southern District of New York
> U.S. Pretrial Services
> 500 Pearl St., 5th Floor
> New York, N.Y. 10007

2. The clerk is directed promptly transmit the Fed. R. Crim. P. 5 papers and any bail to the clerk in the charging district.

DONE AND ORDERED at Tampa, Florida on September 26, 2017.

*Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### CLERK'S MINUTES

CASE NO. __8:17-mj-1689-T-MAP__   DATE: __September 26, 2017__

HONORABLE __MARK A. PIZZO__   INTERPRETER __N/A__
                                                                                        LANGUAGE _____

UNITED STATES OF AMERICA   __Jim Preston, AUSA__
                                                                                        Government Counsel

v.

ANTHONY BLAND   __Adam Allen, AFPD__
Defendant   Defense Counsel

COURT RPTR/TAPE __Digital__   DEPUTY CLERK __Eric Calderon__

TIME: __2:49 - 3:00__   TOTAL: __0:11__   COURTROOM __11B__

### PROCEEDINGS: **INITIAL APPEARANCE / BOND / SOUTHERN DISTRICT OF NEW YORK**

(Circle proceedings that apply)

| | |
|---|---|
| __X__ | Deft provided w/copy of ____Indictment____ |
| __X__ | ARREST DATE: 9/26/17 |
| __X__ | Court summarized charges |
| __X__ | Court advises of Deft's Rule 5 rights |
| __X__ | Financial Affidavit submitted for approval |
| __X__ | FPD appointed for today's purposes, to be determined by Magistrate Judge in New York |
| __X__ | Defendant Reserves on Preliminary Examination Hearing |
| __X__ | Deft waives Identity Hearing |
| __X__ | Govt position on [X] release or [ ] detention: $100,000.00 Appearance Bond |
| __X__ | Defendant does not oppose Government's position on issue of Bond. |
| __X__ | Court sets bond for defendant: $100,000.00 Appearance Bond (personal surety) |
| __X__ | Pretrial Services Supervision |
| __X__ | Travel is enlarged to the Central District of California and the State of New York |

2

PS3 (12/05-Rev. for PACTS 6/11)　　　　　　　　　　　　　　　　　　　　　　　　Anthony Bland, / 113A 8:17-01689M-001

In accordance with Local Rule 57.1, Pretrial Services Reports are made available to Defense Counsel and the Government. The Pretrial Reports are not public record, are not to be reproduced or disclosed to any other party, and shall remain confidential as provided in Title 18 U.S.C. § 3153(c)(1).

## PRETRIAL SERVICES REPORT

| District/Office<br>Middle District Of Florida/Tampa | Charge(s) (Title, Section, and Description)<br>**Rule 5** - Southern District Of New York |
|---|---|
| Judicial Officer<br>Honorable Mark A. Pizzo<br>United States Magistrate Judge | **Count 1:** Title 18 U.S.C. § 371 - Conspiracy to Commit Bribery |
| Docket Number (Year - Sequence No. – Def. No.)<br>113A 8:17-01689M-001 | **Count 2:** Title 18 U.S.C. § 666 - Solicitation of Bribes and Gratuities by an Agent of a Federally Funded Organization |
| | **Count 3:** Title 18 U.S.C. § 1343 - Honest Services Wire Fraud |
| | **Count 4:** Title 18 U.S.C. § 1349 - Conspiracy to Commit Honest Services Fraud |
| | **Count 5:** Title 18 U.S.C. § 1349 - Conspiracy to Commit Wire Fraud |
| | **Count 6:** Title 18 U.S.C. § 371 - Travel Act Conspiracy |

## DEFENDANT

| Name<br>Bland, Anthony | Employer/School<br>University of Southern California | |
|---|---|---|
| Other Names on Charging Document<br>None | | |
| Address<br>1412 W. 187th Place<br>Gardenia, CA 90248<br>323-450-5666 | Employer/School Address | |
| At Address Since<br>3 Years | Time in Community of Residence<br>3 Years | Monthly Income<br>$25,000 | Time with Employer/School<br>5 years |

### INTRODUCTION:

The defendant was interviewed on September 26, 2017, at the U. S. Marshal Service, Tampa, Florida.

### DEFENDANT HISTORY / RESIDENCE / FAMILY TIES:

The defendant, age 37, advised he was born on January 27, 1980, in Los Angeles, California. He noted he was born and raised in Los Angeles, California, and remained there until moving to Syracuse, New York at the age of 18. The defendant stated he has resided in Houston, Texas; Louisiana, Albuquerque, New Mexico; and Florida for various lengths of time for employment purposes. Mr. Bland reported he possesses a passport that is located at his home in California. He informed he has traveled to Africa, Europe, China, and Canada for work

Page 1

purposes. The defendant noted his most recent travel was to Toronto, Canada, approximately one and one-half weeks ago.

The defendant advised he has resided at the above listed address for three years with his wife and three minor children, in a home they are renting. He related having weekly contact with his father who resides in Los Angeles, California. Mr. Bland stated he has two sisters who also reside in Los Angeles, California, and he reported he maintains monthly contact with his siblings. The defendant communicated his mother also resides in California, and he has no contact with her. Mr. Bland stated he has one child from a previous relationship who resides with his mother in California and he has daily contact with his child.

Pretrial Services contacted the defendant's wife, Tasia Bland, to verify the defendant's personal information. The telephone call was disconnected and attempts to reach Mrs. Bland have been unsuccessful. A voice mail message was left for Tasia Bland requesting a return telephone call to Pretrial Services. As of the completion of this report, no return phone call has been received. Therefore, the information contained herein is not verified unless otherwise noted.

## EMPLOYMENT HISTORY / FINANCIAL RESOURCES:

### Employed/Unemployed History:

The defendant reported he has been employed by the University of Southern California since April 2012 as an assistant basketball coach. He advised he earns $300,000 annually in this position. Mr. Bland related he was previously employed as a professional basketball player from 2003 to 2008 or 2009.

### Finances:

The defendant reported the following financial information:

| Assets | Amount | Liabilities | Amount |
| --- | --- | --- | --- |
| Personal Savings Account | $5,000.00 | Credit Card | $10,000.00 |
| Personal Checking Account | $25,000.00 | | |
| **Total** | $30,000 | **Total** | $10,000 |
| **Estimated Net Worth: $20,000** | | | |

| Monthly Income | Amount | Expenses | Amount |
| --- | --- | --- | --- |
| Salary | $25,000.00 | Car Lease Payment | $400.00 |
| | | Car Lease Payment | $430.00 |
| | | Credit Card Minimum Payments | $2,500.00 |
| | | Home/Rent | $2,500.00 |
| | | Auto Insurance | $350.00 |
| | | Utilities | $200.00 |
| | | Cable | $175.00 |
| | | Groceries and Supplies | $500.00 |

Page 2

PS3 (12/05-Rev. for PACTS 6/11)                                                          Anthony Bland, / 113A 8:17-01689M-001

|  |  |  |  |
|---|---|---|---|
| **Total** | $25,000 | **Total** | $7,055 |
| **Estimated Monthly Cash Flow: $17,945** | | | |

### HEALTH:

The defendant reported he is in good health and not under a doctor's care. He advised he is not taking any medication.

The defendant reported no current or past mental health condition.

Mr. Bland reported he began consuming alcohol at age 21 and last consumed alcohol on September 25, 2017. The defendant related he consumes alcohol approximately one time per month. He reported no illegal drug use. A urinalysis submitted by the defendant on September 26, 2017, tested negative for any illicit substances.

### PRIOR RECORD:

A criminal record check conducted through Atlas, the National Crime Information Center (NCIC), Florida Crime Information Center (FCIC), and the Comprehensive Case Information System (CCIS) revealed no criminal history for the defendant.

### ASSESSMENT OF NONAPPEARANCE:

The defendant poses a risk of nonappearance for the following reasons:

1. Possession of a passport
2. Foreign travel
3. Unconfirmed personal information

### ASSESSMENT OF DANGER:

There are no known factors indicating the defendant poses a risk of danger to the community.

Page 3

Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno: Noah Solowiejczyk, 212-637-2473

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | | |
|---|---|---|
| United States of America<br>v.<br>Anthony Bland, a/k/a "Tony,"<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No.   8:17MJ1689 MAP<br><br>17 MAG 7119 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Anthony Bland, a/k/a "Tony"                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (Conspiracy to Commit Bribery)
18 U.S.C. § 666 (Solicitation of Bribes & Gratuities by An Agent of a Federally Funded Organization)
18 U.S.C. §§ 1343, 1346, & 2 (Honest Services Wire Fraud)
18 U.S.C. § 1349 (Conspiracy to Commit Honest Services Fraud)
18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud)
18 U.S.C. § 371 (Travel Act Conspiracy)

Date:   09/25/2017

                                                                                  *Issuing officer's signature*

City and state:   New York, New York                    Hon. James L. Cott, United States Magistrate Judge
                                                                                   *Printed name and title*

### Return

This warrant was received on *(date)*  9/26/2017 , and the person was arrested on *(date)*  9/26/2017
at *(city and state)*  TAMPA, FL               .

Date:  9/26/2017
                                                                                  *Arresting officer's signature*

                                                                FORREST BENHAM, SPECIAL AGENT
                                                                                   *Printed name and title*